**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **MICHAEL ESTRADA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DISCOUNT TIRE COMPANY OF GEORGIA, INC.,**<br><br>**Defendant.** | **CIVIL ACTION NO.**<br><br>**1:24-CV-03596-LMM** |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), Plaintiff Michael Estrada and Defendant Discount Tire Company of Georgia, Inc. stipulate that this action be dismissed without prejudice, with each party to bear his or its own costs and fees.

Respectfully submitted this 18th day of November 2024.

*/s/ Matthew N. Pope*
Matthew N. Pope
Georgia Bar No. 584216
matt@mpopelaw.com

**MATTHEW N. POPE, P.C.**
900 2nd Avenue
Columbus, GA 31902

*Attorneys for Plaintiff*

*/s/ Patrick N. Arndt*
Patrick N. Arndt
Georgia Bar No. 139033
parndt@nallmiller.com

**NALL & MILLER, LLP**
235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, GA 30303

*Attorneys for Defendant*